## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                  PLAINTIFF

V.                CASE NO. 5:11-CR-50031-001

ISAIAH MAHONE                 DEFENDANT

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 61) filed in this case on June 15, 2015, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed wthout objections being filed by the parties. Additionally, Petitioner Mahone was granted by Text Order 30 additional time to file objections to the Report and Recommendation, but still he failed to do so. The Court has reviewed the Magistrate's Report and Recommendation and, after careful consideration, finds it to be proper and well-supported.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 61) is **ADOPTED IN ITS ENTIRETY**, and Defendant's Motion to Vacate under 28 U.S.C. § 2255 (Doc. 48) is **DENIED**.

IT IS SO ORDERED on this 6th day of August, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE